UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELISSA RITTER, and<br>TONY TOWERY,<br>    Plaintiffs,<br><br>V.<br><br>OKLAHOMA COUNTY CRIMINAL<br>JUSTICE AUTHORITY, d/b/a OKLAHOMA<br>COUNTY DETENTION CENTER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  CASE NO._____<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 28 U.S.C. § 1367, Defendant Oklahoma County Criminal Justice Authority ("OCCJA") removes the state court action brought against it in the District Court of Oklahoma County, State of Oklahoma, styled as *Melissa Ritter and Town Towery v. Oklahoma County Criminal Justice Authority, d/b/a, Oklahoma County Detention Center;* Case No. CJ-2025-8410 to the United States District Court for the Western District of Oklahoma. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because this Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this case involves a claim arising under federal law.

## BACKGROUND

1. On November 12, 2025, Plaintiffs filed a Petition against Defendant OCCJA alleging violations of their rights to free speech as provided by the First Amendment to the

1

U.S. Constitution and by the Oklahoma Constitution in Art. 2, § 22. In addition, Plaintiffs have alleged state law claims for wrongful discharge in violation of Oklahoma's public policy provided by *Burk*. (**Ex. 1**, Petition).

2. On January 14, 2026, Plaintiff served Defendant by certified mail. (**Ex. 2**, Summons issued to OCCJA Chairman, Jim Holman Return and **Ex. 3,** Summons issued to Oklahoma County Clerk, Maressa Treat).

3. Defendant OCCJA is the only Defendant in this action; therefore, consent to removal is not necessary. See 28 U.S.C. § 1446(b)(2)(A); *Glendering v. Genuine Parts Co., Inc.,* 960 F.Supp. 243, 244 (D. Col. 1997). (**Ex. 4,** Docket Sheet).

4. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders properly served upon Defendant are attached to this Notice of Removal, including the Docket Sheet as required by LCvR 81.2 (a),

## REMOVAL IS TIMELY

5. This Notice of Removal is timely, because it is being filed on February 3, 2026, within thirty (30) days after Defendant OCCJA received the Petition, which alleges a federal constitutional claim. *See* 28 U.S.C. § 1446(b).

## THIS COURT HAS SUBJECT MATTER JURISDICTION UNDER 28 U.S.C. § 1331 – FEDERAL QUESTION

6. Removal under 28 U.S.C. § 1441(a) is appropriate because this case is an action over which this Court would have original jurisdiction pursuant to 28 U.S.C. § 1331, as Plaintiffs have alleged claims arising under the laws of the United States. *See* Ex. 1,

Petition, at ¶¶ 16, 21. In addition, pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiffs' state law claims.

## VENUE

7. The United States District Court for the Western District of Oklahoma includes the county in which the state court action is now pending (Oklahoma County). Thus, removal to this Court is appropriate. See 28 U.S.C. § 1446(a).

## NOTICE GIVEN

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will promptly be served on Plaintiffs through their counsel of record. Further, Defendant OCCJA will file a Notice of this Notice of Removal with the court clerk for the District Court of Oklahoma County, Oklahoma promptly after filing this document. As stated herein, Defendant respectfully reserve their right to file all appropriate motions and raise all defenses and objections in this action after it has been properly removed to the United States District Court for the Western District of Oklahoma.

## JURY DEMAND

9. Defendant OCCJA hereby demands a trial by jury.

## PRESERVATION OF RIGHTS

10. By removing this action to this Court, Defendant OCCJA does not waive any defenses, objections, or motions available to it under state or federal law. Defendant OCCJA expressly reserves the right to move for dismissal of Plaintiffs' claims pursuant to Rule 12 of the Federal Rules of Civil Procedure.

11. If any question arises as to the propriety of this removal, Defendant OCCJA requests the opportunity to conduct discovery or brief any disputed issues and to present oral argument to support its position that this civil action is properly removable.

WHEREFORE, based on the foregoing, Defendant Oklahoma County Criminal Justice Authority gives notice that the above-captioned matter is hereby removed to the United States District Court for the Western District of Oklahoma, and hereby request that this Court retain jurisdiction for all further proceedings herein.

> Respectfully Submitted,
>
> /s/ Carri A. Remillard
> Carri A. Remillard (OBA # 21539)
> Rodney J. Heggy (OBA #4049)
> Oklahoma County Criminal Justice Authority
> Legal Division
> Oklahoma County Detention Center
> 201 North Shartel Avenue
> Oklahoma City, OK 73102
> 405-504-6494
> rod.heggy@okcountydc.net
> carri.remillard@okcountydc.net
>
> ***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF DELIVERY

I hereby certify that on this 3rd day of February, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mark Hammon
Email: assistant@hammonslaw.com
Tammy Vo
Email: tammy@hammonslaw.com

HAMMONS, HURST, & ASSOC.
325 Dean A. McGee Avenue
Oklahoma City, OK  73102

                                      /s/ Carri A. Remillard